

FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:23-MJ-00533 |
| MARTIN LOPEZ-ESCEVERRE, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __October 24, 2023__, _____, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __October 18, 2023__          _____/s/ Douglas F. McCormick_____
                                     U.S. District Judge/Magistrate Judge